THE HONORABLE STANLEY BASTIAN

Matthew Jedreski, WSBA #50542
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206.622.3150
Facsimile: 206.757.7700
*Attorneys for Joseph Phillips*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

JOSEPH PHILLIPS,

               Plaintiff,

    v.

LYCAMOBILE USA INC.,

               Defendant.

No. 2:25-cv-00001-SAB

DECLARATION OF MATTHEW JEDRESKI IN SUPPORT OF PLAINTIFF JOSEPH PHILLIPS' MOTION TO COMPEL

I, Matthew Jedreski declare as follows:

1.    I am counsel at Davis Wright Tremaine, LLP, and counsel of record for Defendant and subpoena Plaintiff Joseph Phillips.  I make this declaration based on my personal knowledge of the information and facts contained herein.

2.    This subpoena enforcement proceeding arises from the Western District of Washington action *Plintron Technologies USA, LLC v. Joseph Phillips*

DECLARATION OF MATTHEW JEDRESKI
ISO PHILLIPS' MOTION TO COMPEL- 1
Case No. 2:25-cv-00001-SAB

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

*et al.*, No. 2:24-cv-00093-TL ("Plintron Lawsuit"), in which Mr. Phillips has counterclaims alleging that Plintron and its owners—who also own Lycamobile USA Inc. ("Lycamobile")—engaged in a global kickback and tax evasion scheme between themselves and the two entities that stole wages owed to Mr. Phillips. Over the past twenty-one months, Mr. Phillips has served Lycamobile with multiple subpoenas seeking documents necessary to prosecute his defenses and counterclaims in the Plintron Lawsuit.

3. Attached as **Exhibit A** is a true and correct copy of correspondence with then-counsel for Lycamobile, Caleb Hatch and Steven Philbin of Lee & Hayes PC, from February 26, 2026 through April 15, 2026. Lycamobile was represented by five different law firms prior to the latest counsel.

4. On March 17, 2026, Lycamobile's then-counsel informed Phillips that Lycamobile would substitute counsel in this matter. Attached as **Exhibit B** is a true and correct copy of correspondence with then-counsel for Lycamobile, Caleb Hatch and Steven Philbin of Lee & Hayes PC, from February 26, 2026 through March 17, 2026.

5. On April 8, 2026, Seyfarth Shaw LLP appeared as substitute counsel for Lycamobile in related proceedings before the Ninth Circuit. *See Phillips v. Lycamobile USA, Inc.*, No. 26-1276, Dkt. No. 008.1; 009.1. After delaying another month despite repeated requests by our office that Lycamobile's new counsel appear so that this matter could proceed, Seyfarth finally appeared on behalf of Lycamobile in this matter.

DECLARATION OF MATTHEW JEDRESKI
ISO PHILLIPS' MOTION TO COMPEL- 2
Case No. 2:25-cv-00001-SAB

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

6.     On May 5, 2026, counsel for Mr. Phillips provided Lycamobile with specific search terms for the T-Mobile data source discussed in the parties' last Joint Certificate of Status, *see* ECF No. 172.  Attached as **Exhibit C** is a true and correct copy of the parties' correspondence regarding the proposed search terms from May 5, 2026, through May 6, 2026.

7.     Attached at **Exhibit D** is a true and correct copy of the parties' correspondence from May 14, 2026 through June 29, 2026.

8.     Attached as **Exhibit E** is a true and correct copy of the November 12, 2025 deficiency letter Phillips sent Lycamobile, which counsel for Phillips re-sent Lycamobile on May 20, 2026.

Under penalty of perjury under the laws of the United States, I declare the foregoing to be true and correct to the best of my knowledge.


DATED this 9th day of July, 2026.

Davis Wright Tremaine LLP
Attorneys for Plaintiff Joseph Phillips


By */s/ Matthew Jedreski*
Matthew Jedreski, WSBA No. 50542


DECLARATION OF MATTHEW JEDRESKI
ISO PHILLIPS' MOTION TO COMPEL- 3
Case No. 2:25-cv-00001-SAB

## PROOF OF SERVICE

I hereby certify that on 9th day of July, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this matter.

DATED this 9th day of July, 2026.

Davis Wright Tremaine LLP
Attorneys for Plaintiff Joseph Phillips


 /s/ Matthew Jedreski
Matthew Jedreski, WSBA No. 50542

DECLARATION OF MATTHEW JEDRESKI
ISO PHILLIPS' MOTION TO COMPEL - 4
Case No. 2:25-cv-00001-SAB

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax